IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE HOYMAN, | |
| Plaintiff, | Civil Action No: 2:21-cv-01241-PLD |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | **Electronically Filed** |
| Defendant. | |

## STIPULATION FOR DISMISSAL

As evidenced below by the signatures of counsel for all parties of record in this case and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate and agree that any and all claims and counterclaims in this case be dismissed, with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian P. Bronson, Esquire* | */s/Michael J. Joyce, Esquire* |
| Attorney for Plaintiff | Attorney for Defendant |
| QuatriniRafferty, P.C. | Saul Ewing Arnstein & Lehr, LLP |
| 550 East Pittsburgh Street | One PPG Place, 30th Floor |
| Greensburg, PA 15601 | Pittsburgh, PA 15222 |
| Phone: (724) 837-0080 | Phone: (412) 209-2500 |
| Fax: (724) 837-1348 | Fax: (412) 209-2539 |
| Email: bpb@qrlegal.com | Email: Michael.Joyce@saul.com |

IT IS SO ORDERED:

 s/ David S. Cercone
Honorable David S. Cercone
United States District Judge